Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 5 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON FOSTER FRANK<br>(a/k/a "Scott"),<br><br>Defendant. | Case No.  2:24-CR-51-MKD<br><br>INDICTMENT<br><br>18 U.S.C. § 2422(b)<br>Attempted Online Enticement<br>(Count 1)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2):<br>Possession of Child Pornography<br>(Count 2)<br><br>18 U.S.C. § 2260A<br>Commission of a Felony Sex Offense<br>by an Individual Required to<br>Register as a Sex Offender<br>(Count 3)<br><br>18 U.S.C. § 2428, 18 U.S.C.<br>§ 981(a)(1)(C), 18 U.S.C. § 2253, 28<br>U.S.C. § 2461(c)<br>Forfeiture Allegation |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

Between on or about June 2, 2023, and on or about June 8, 2023, in the Eastern District of Washington and elsewhere, the Defendant, JASON FOSTER FRANK (a/k/a "Scott"), did knowingly use a facility and means of interstate and foreign commerce, to attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in prostitution or any sexual activity for which a person can be charged with a criminal offense, including WASH. REV. CODE § 9A.44.076, Rape of a Child in the Second Degree, and WASH. REV. CODE § 9A.44.073, Rape of a Child in the First Degree, all in violation of 18 U.S.C. § 2422(b).

## COUNT 2

On or about June 8, 2023, in the Eastern District of Washington, the Defendant, JASON FOSTER FRANK (a/k/a "Scott"), did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that

INDICTMENT – 2

had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

### COUNT 3

The Defendant, JASON FOSTER FRANK (a/k/a "Scott"), committed the felony offense involving a minor charged in Count 1 of this Indictment at times when Defendant was required by Federal and other law to register as a sex offender, in violation of 18 U.S.C. § 2260A.

### NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2428, upon conviction of an offense in violation of 18 U.S.C. § 2422 as alleged in this Indictment, the Defendant, JASON FOSTER FRANK (a/k/a "Scott"), shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

Pursuant to 18 U.S.C. § 2253 upon conviction of an offense(s) in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2), and/or 18 U.S.C. § 2260A,

INDICTMENT – 3

as alleged in this Indictment, Defendant, JASON FOSTER FRANK (a/k/a "Scott"), shall forfeit to the United States of America any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;
b.    has been transferred or sold to, or deposited with, a third party;
c.    has been placed beyond the jurisdiction of the court;
d.    has been substantially diminished in value; or
e.    has been commingled with other property which cannot be divided without difficulty

the United States of America shall be entitled to forfeiture of substitute property

//

//

INDICTMENT – 4

pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) and/or 18 U.S.C. § 2253(b).

DATED this __4__ day of April, 2024.

A TRUE BILL

_Vanessa Waldref_

Vanessa R. Waldref
United States Attorney

_Ann T. Wick_

Ann T. Wick
Assistant United States Attorney

INDICTMENT – 5