FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2024

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Jason Foster Frank (a/k/a "Scott")   **CASE NO.** 2:24-CR-51-MKD-1

TOTAL # OF COUNTS: 3   ☑ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2422(b) | Attempted Online Enticement | CAG no less than 10 years and up to a lifetime; and/or $250,000 fine; Supervised Release for no less than 5 years and up to a lifetime; sex offender registration; a $100 special penalty assessment; and a $5,000 special penalty assessment absent indigence (JVTA) |
| 2 | 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | Possession of Child Pornography | CAG not more than 20 years; and/or $250,000 fine; not less than 5 years nor more than a lifetime of supervised release; a $100 special penalty assessment; AVAA assessment up to $17,000; JVTA assessment of $5,000, absent indigence; and Sex Offender Registration |
| 3 | 18 U.S.C. § 2260A | Commission of a Felony Sex Offense by an Individual Required to Register as a Sex Offender | CAG not less than 10 years, consecutive to any sentence imposed for Count 1; and/or $250,000 fine; Not less than 5 years, nor more than life, supervised release; $100 special penalty assessment; JVTA assessment of $5,000, absent indigence; Sex Offender Registration |
| | 18 U.S.C. § 2428, 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 2253, 28 U.S.C. § 2461(c) | Forfeiture Allegations | |