FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JASON FOSTER FRANK,<br><br>　　　　　　Defendant. | No. 2:24-CR-00051-MKD<br><br>FINDINGS OF FACT AND CONCLUSIONS OF LAW |

On September 24, 2025, the Court held a bench trial on Count 3 of the Indictment in this matter. ECF No. 81. For the reasons stated below, and on the record, the Court finds Defendant guilty as charged in Count 3 of the Indictment.

**FINDINGS OF FACT**

Based on the Stipulation of Facts and Law filed by the parties, ECF No. 73, and Stipulated Exhibits 1-3, ECF No. 82, the Court finds:

1. On or about December 5, 2008, Defendant was convicted of two counts of Carnal Knowledge of a Child Between 13 and 15 Years of Age, in violation of Va. Code § 18.2-63; one count of Attempted Carnal Knowledge of a Child Between 13 and 15 years of age, in violation of Va. Code §18.2-63; and three counts of Use of

ORDER - 1

Communications Systems to Facilitate Certain Offenses Involving Children, in violation of Va. Code§ 18.2-374.3.  *See* Exhibit 1.[1]

2.  As a result of these convictions, Defendant is required by federal and state law to register as a sex offender and was so required in June 2023.  *See* Exhibit 2;[2] Exhibit 3.[3]

3.  In June 2023, undercover law enforcement agents posted an online advertisement on "Skip the Games," purporting to be a mother who was offering her two minor daughters to be sexually abused.  Defendant responded to the advertisement on June 3, 2023, and expressed sexual interest in the minors during various communications with undercover officers posing as the mother and one of the minors.  Defendant and the undercover officers arranged for Defendant to meet the fictitious mother and minors.  Defendant was arrested upon his arrival at the

---

[1] Defendant agrees that the redacted date of birth and social security number in fact reflect his date of birth and social security number.

[2] Defendant agrees that the redacted date of birth in fact reflects his date of birth.

[3] Defendant agrees that the redacted SID number, date of birth, social security number, and FBI number in fact reflect his SID number, date of birth, social security number, and FBI number.

ORDER - 2

agreed-upon meeting place on June 8, 2023, in Stevens County, Washington, within the Eastern District of Washington. Defendant's phone was recovered from Defendant's vehicle; on it, law enforcement observed the text messages with the undercover officers and child pornography files. ECF No. 73 at 2-3 ¶ 3.

4. On April 5, 2024, Defendant was indicted on the three Counts. Count 1 alleged Attempted Online Enticement, in violation of 18 U.S.C. § 2422(b), occurring between June 2 and 8, 2023. Count 2 alleged Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2), occurring on June 8, 2023. Count 3 alleged Commission of a Felony Sex Offense by an Individual Required to Register as a Sex Offender, in violation of 18 U.S.C. § 2260A, specifically in reference to Count 1. ECF No. 1.

5. Defendant pleaded guilty to Counts 1 and 2 on March 25, 2025. The Court found that Defendant was fully competent and capable of entering an informed plea, that he was aware of the nature of the charges and the consequences of the plea, and that his plea of guilty was knowing; voluntary; not induced by fear, coercion, or ignorance; and supported by an independent basis in fact establishing each of the essential elements of Counts 1 and 2. ECF No. 40.

ORDER - 3

# CONCLUSIONS OF LAW

1. Under 18 U.S.C. § 2260A:

> Whoever, being required by Federal or other law to register as a sex offender, commits a felony offense involving a minor under section 1201, 1466A, 1470, 1591, 2241, 2242, 2243, 2244, 2245, 2251, 2251A, 2260, 2421, 2422, 2423, or 2425, shall be sentenced to a term of imprisonment of 10 years in addition to the imprisonment imposed for the offense under that provision. The sentence imposed under this section shall be consecutive to any sentence imposed for the offense under that provision.

2. Based on Exhibit 1, on or about December 5, 2008, Defendant was convicted of two counts of Carnal Knowledge of a Child Between 13 and 15 Years of Age, in violation of Va. Code § 18.2-63; one count of Attempted Carnal Knowledge of a Child Between 13 and 15 years of age, in violation of Va. Code §18.2-63; and three counts of Use of Communications Systems to Facilitate Certain Offenses Involving Children, in violation of Va. Code § 18.2-374.3. *See* Exhibit 1.

3. As a result of these conviction, Defendant was required by federal and state law to register as a sex offender and was required to do in June 2023 when he committed Counts 1-3 of the Indictment. This requirement is reflected in Exhibit 2, which is a Washington State Department of Corrections Registration Notification signed by Defendant on August 8, 2013.

ORDER - 4

4. On March 25, 2025, Defendant pleaded guilty to, and is guilty of, Count 1 of the Indictment, which alleged attempted online enticement, in violation of 18 U.S.C. § 2422(b), occurring between June 2 and June 8, 2023.

5. The Court previously found that this violation of 18 U.S.C. § 2422(b) suffices as a felony involving a minor under 18 U.S.C. § 2260A.  ECF No. 48.

6. Thus, the Court finds beyond a reasonable doubt that (1) On or about June 2, 2023, and continuing until on or about June 8, 2023, in the Eastern District of Washington, Defendant committed a violation of 18 U.S.C. § 2422, as charged in Count 1 of the Indictment; and (2) At the time Defendant committed the § 2422 violation, Defendant was required by Federal or other law to register as a sex offender.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court finds Defendant guilty as charged in Count 3 of the Indictment.

**IT IS SO ORDERED**.  The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

DATED October 6, 2025.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER - 5